IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,

Case No.: 0:20-cv-61023-RAR

　　　　Plaintiffs,

vs.

EMMETT MOORE and
TRADINGSCHOOLS.ORG,

　　　　Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs, Matthew Buckley and Top Gun Options, LLC ("Plaintiffs"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the Southern District of Florida, respectfully move for an Order granting their request for an enlargement of time in which to respond to Defendants' Motion to Dismiss and in support thereof state:

1. This is an action for relief related to deceptive and unfair trade practices, tortious interference with prospective economic advantage, defamation per se, and product disparagement and trade libel.

2. On May 22, 2020, Plaintiffs filed the instant lawsuit against Defendants.

3. For some time following the filing of their Complaint, Plaintiffs worked with counsel for Defendants, Ms. Arani, to obtain waivers of service from both Defendants.

4. The waivers were executed on July 21, 2020 and filed with the Court on July 22.

5. On September 18, 2020, Defendants filed a Motion to Dismiss and accompanying memorandum of law, as well as an affidavit with seven exhibits. By Local Rule, the Plaintiffs' memorandum in opposition to that motion is due on Friday, October 2, 2020.

307950205.1

6.      The Motion to Dismiss and accompanying memorandum, affidavits, and exhibits are lengthy and require Plaintiffs not only to address complex statutory frameworks related to Florida's anti-SLAPP legislation, Florida's Deceptive and Unfair Trade Practices Act, and statutory libel notice requirements, but also to consider factual allegations and accompanying evidence. Plaintiffs submit that the nature of the Motion to Dismiss provides good cause for extending the time to reply, and as is discussed further below, Defendants do not disagree.

7.      Plaintiffs are therefore requesting a 14-day enlargement of time to respond to the motion to dismiss, which would make the response due on Friday, October 16, 2020.

8.      Pursuant to Local Rule 7.1.A.3, undersigned counsel conferred with counsel for Defendants. Counsel for Defendants graciously advised they have no objection to the requested extension. However, the requested extension would make the reply due on October 23, 2020. Counsel for Defendants advised that she will be out of town and out of the office on said reply date, and thus requested a one-week extension to file the reply through and including October 30. Plaintiffs do not object to Defendants' requested extension.

9.      A proposed order is attached hereto as Exhibit 1 and will be emailed to Chambers for the Court's consideration pursuant to Section 3I(6) of the CM/ECF Administrative Procedures.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Enlargement of Time, extending Plaintiffs' response deadline to Friday, October 16, 2020, and extending Defendants' reply deadline to Friday, October 30, 2020.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Undersigned counsel hereby certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and states that the following issues have been resolved: Defendants have no objection to Plaintiffs' request for enlargement of time sought herein. Similarly, Plaintiffs have no objection to Defendants' reciprocal request for enlargement of time as described herein.

Dated:  September 28, 2020  Respectfully submitted,

 /s/  Mallory Cooney
Elisa J. D'Amico, Esq.
Florida Bar No. 76936
elisa.damico@klgates.com
Mallory Cooney
Florida Bar No. 0125659
mallory.cooney@klgates.com
**K&L Gates LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel.: 305-539-3300
Facsimile: 305-358-7095

/s/  Charles Lee Mudd, Jr.
Charles Lee Mudd, Jr., Esq.
*Pro Hac Vice Admission Pending*
clm@muddlaw.com
**Mudd Law**
411 S. Sangamon Street, Suite 1B
Chicago, IL 60607
Telephone:  312-964-5051

*Counsel for Plaintiffs Matthew Buckley and Top Gun Options, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 28, 2020, a true and complete copy of the foregoing was electronically filed via CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

/s/ *Elisa J. D'Amico*
Elisa J. D'Amico