**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:20-cv-61023-RAR-Ruiz**

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,
    Plaintiffs,

v.

EMMETT MOORE and
TRADINGSCHOOLS.ORG
    Defendants.

_____/

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

THIS CAUSE came before the Court on the Plaintiffs' Unopposed Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Plaintiffs will have until **October 16, 2020,** to respond to the Motion to Dismiss and Defendants will have until **October 30, 2020** to file their reply.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                                                                          Hon. Rodolfo A. Ruiz, II
                                                                                                          United States District Judge

Copies furnished to: All Counsel of Record