UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-61023-RAR-Ruiz

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,

      Plaintiffs,

v.

EMMETT MOORE and
TRADINGSCHOOLS.ORG,

      Defendants.

_____/

**DECLARATION OF SUSANNE ARANI**

1.    I, Susanne Arani, declare pursuant to 28 U.S.C. Section 1746, under penalty of perjury that the following is true and correct:

2.    I am one of the attorneys acting as counsel for Defendants Emmett Moore and tradingschools.org ("Defendants") in the above-captioned matter, and I have been admitted to this Court *pro hac vice*.

3.    I am submitting this declaration in support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6).

4.    Attached hereto as **Exhibit 1** is a true and correct copy of an online article entitled, "Top Gun Options: A Paper Tiger?," published on or about June 8, 2017, online at https://www.tradingschools.org/reviews/top-gun-options/, last accessed and printed on or about September 14, 2020.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of the pre-suit notice letter sent in

1

2

Rendon v. Bloomberg, L.P., 403 F. Supp. 3d 1269 (S.D. Fla. 2019), which was attached in defendants' motion to dismiss as ECF No. 52-1, at pp. 99-101, as Exhibit 19.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed November 10, 2020, at Vista California.

    Susanne Arani, Esq.        /s/Susanne Arani
                                        (Signature)