About Trading Schools.Org   Review Team   Warning   Do you need a product review?

 

## Top Gun Options: A Paper Tiger?

📅 June 8, 2017

**Top Gun Options**

| | | |
|---|---|---|
| Honesty | ★★☆☆☆ | (2) |
| Quality | ★☆☆☆☆ | (1) |
| Cost | ★☆☆☆☆ | (1) |
| Support | ★☆☆☆☆ | (1) |
| Verified Trades | ★☆☆☆☆ | (1) |
| User Experience | ★★☆☆☆ | (2) |

**Summary**

Top Gun Options is an options trading signal service and educational business making big promises regarding profitability. But little in the way of actual proof.

**1.3**

The founder of the company, Mathew "Whiz" Buckley is a former Navy fighter pilot, ★☆☆☆☆ that appears to be an exemplary person. However, since he apparently only has the courage to trade with a simulator, and admits so, this lends little confidence to his supposed ability to deliver 'real' results. He appears to be little more than a 'paper tiger'.

The style and substance of Mr. Buckley's investment education and investment strategy appear to be little more than political rants and reactions to whatever he reads in the media. He is a highly political creature. In my opinion, his narrow and overly simplistic worldview appear to hobble and handicap his ability to recognize obvious situations. Does not appear to have the intellectual capacity to digest differing opinions and viewpoints across a varying spectrum.

[ Top Gun Options ]

Embed code

```
<iframe frameborder="0" width="500" height="500" src="https://www.tradingschools.org/?wp_review_id=7422">
</iframe>
```

Thanks for reading today's review of Top Gun Options

What is Top Gun Options? The company is an options trading educational company owned and operated by Mathew "Whiz" Buckley, operating out of Florida. As per Archive.Org, it appears that Top Gun Options came onto the trading educational scene in 2010.

Top Gun Options purports to be offering "Supersonic, Military Proven Options Training and Trading Methodologies." Specifically, the company is offering the following products and services:

- Full Throttle 'Defensive Track' $1,995
- Full Throttle 'Offensive Track' $2,495
- Full Throttle 'Max Afterburner' $2,995
- Options Weapons School $95 per month
- Options Weapons School and Weekly Options Picks $165 per month.

Top Gun Options and Mathew "Whiz" Buckley claim truly incredible success for those that simply follow their options trading advisory service. For the year 2016, Top Gun Options claims total combined profits of $409,716 in 100% verifiable trading performance. Screen shot below:

| Primary Portfolio (PLTB) | Urgent Alerts (UA) | Accelerated Retirement |
|---|---|---|
| +$188,294 in 2016 | +$121,412 in 2016 | +$100,010 in 2016 |

Are these real trades?

Top Gun Options currently occupies the following social media profiles:

- Facebook
- Twitter
- Google+
- YouTube

A perusal of the Top Gun Options Twitter page also reveals some truly amazing trading results. In fact, since the inception of the Twitter profile (2010) that is apparently managed by Mr. Buckley, we can find no evidence of any losing trades whatsoever! However, you will easily find what appears to be a constant, and never ending stream of supposedly winning trades. With these truly amazing results are Twitter postings that border showboat bravado, including:

- "$25k in one month"
- "$1,600 in 30 minutes"
- "$1000 gains each day. Why aren't you on board?"
- "$1,400 in two days"
- "$12,000 profits in just 3 weeks"

I have only one question...where are the losing trades? Are we simply to believe that all of this is authentic, and 100% verifiable? Do losing trades exist?

## Attempting to Verify Trading Performance

During 2017, TradingSchools.Org reached out to Top Gun Options through a series of emails. Several emails were sent from an alias email address, where we portrayed ourselves as 'someone looking to learn and profit' just like the supposed performance figures gleefully proclaim. We call this 'the Lamb' email, where we act like a newbie with too much money, and too little sense. Top Gun Options was only too happy to correspond, with the hope to wiggle a credit card out of a wallet.

We also made multiple attempts at contacting Mr. Buckley using our official Trading Schools email address. Our official request was non-threatening and very friendly in manner. We simply asked Mr. Buckley if he could verify the truly incredible trading performance of the supposed portfolios: Primary Portfolio, Urgent Alerts, and Accelerated Retirement.

In real time, through link tracking, we could watch as Mr. Buckley would open and view our email requests—but he refused to answer our questions about verifying his supposed trading performance. The silence was deafening. And very disappointing.

## About Mathew "Whiz" Buckley

The resume and personal life story of Mr. Buckley appear to be exemplary. He is a former Navy pilot that attended the world famous Top Gun flight school in San Diego, Ca. He flew multiple combat missions throughout the Gulf. Mr. Buckley asserts that the unique experience of being a Navy combat pilot prequalified him to be a successful options trader. He claims that he applies many fighter pilot strategies and techniques to trading. Such as developing a well-defined strategy, supported by specific tactics and predetermined exit points.

All of this sure sounds wonderful. But I have a question—why would Mr. Buckley not have the personal courage to trade with a live trading account? The Top Gun Options website clearly states that Mr. Buckley is only trading with a lowly trading simulator. And his nightly videos, which he loves to tout as proof of his supposed 'TopGun' trading greatness are clearly nothing more than a simulated trading account.



Behold the Paper Tiger!

I dont want to be too hard on Mr. Buckley. He is clearly an upright person that served his country and took risks that I cannot imagine. But I am having a hard time squaring this circle—he claims to earn these massive profits, year after year. But no proof seems to exist. The only form of verification seems to be a paper trading account at Options House. He expects us to take his advice-to-task, to risk our money on the front line of battle, yet he is only willing to trade on a simulator? This brusky military man, so full of bravado appears to be little more than a paper tiger.

My niece is a little warrior. She has a dog walking business. Every day she gathers up the local hounds, which include a chihuahua with irritable bowel syndrome and a terrible attitude, a mighty looking pitbull that is afraid of his own shadow, and another dog that is so ugly and stupid that it's amazing he ever got adopted. She walks these dogs on a triple leash, deftly navigating sprinklers, grouchy neighbors, snarky teenagers on skateboards, and random bits of food particles from the local taco shop. To her credit, she has developed an uncanny ability to avoid threatening situations, in short—she is excellent at risk management. The combined weight and strength of these hound dogs is 3X's her own.

The fundamental argument of Mr. Buckley is that being a fighter pilot uniquely qualifies him to be an expert at making money in the stock market. But this same argument could also be applied to my little niece. Or the plumber, with his hyper-efficiency at clearing a turd from a drain pipe.

The bottom line is that the financial markets could care less about whether a person is a fighter pilot or a burger flipper. A dog walker or a doorman. The only thing that matters is the bottom line. Can profits be verified? With Mr. Buckley, as impressive his resume exudes, **simply cannot or is unwilling to prove any of claims of success.**

## Top Gun Options Complaints

In the past three years, TradingSchools.Org has received several complaints about Top Gun Options. One complaint, in particular, is troubling. A person wrote to us describing that they were promised a full refund within 30-days if they were not completely satisfied with the trading service. The only "catch" was that the customer had to execute 2 trades per week using only a simulator. If the customer simply took the trading recommendations and was not happy, then a refund was assured. Supposedly.

The customer followed the instructions as per the agreement and decided that the service was not suitable. They requested a refund. However, Top Gun Options simply refused to acknowledge the refund request and ignored the customer. Not good. The customer then filed complaints with the Better Business Bureau and filed a claim of fraud with his credit card company.

This apparently got the attention of Mr. Buckley and he then aggressively attempted to fight the refund. Mr. Buckley argued that the customer did not use the preferred Trade Monster simulator. However, the customer did use a simulator provided by Think Or Swim and documented that he, in fact, used a Think Or Swim simulator.

The credit card company ruled in favor of the customer and refunded the customer his money. In my opinion, the refund request was valid and showed a high level of callousness and disdain for the customer. To hustle a client over a technicality shows a lack of integrity.

The remaining complaints concerning Mr. Buckley are in regards to his highly politicized nature. Nearly all of his You Tube videos are political rants, where he attempts to infuse whatever the daily political gossip into a 'mish-mash' investment strategy and financial blubberings. He seems to have little regard for the legitimate concerns and opinions of others. I would consider his investment style to be a cross between an angry and vengeful Jim Cramer of Mad Money and a delusional conspiracy theorist like Alex Jones of Infowars.com.

During our own investigation of his "investment updates" posted on his YouTube channel, he advocated the murdering of journalists, that US citizens should be summarily shot by firing squad, and anyone not agreeing with his narrow worldview should "get the fuck out."

One gets the opinion that if Donald Trump were to squat upon his golden plated commode and squeeze...then a wet, moist, and highly agitated creature would appear. This creature is my best description of Mr. Buckley.

## Wrapping things up

In the past several years of writing trading reviews, I have come across quite a few interesting characters. A common theme is that the career experiences of the trading educator supposedly make them uniquely qualified to be a trading mentor. That since they were an excellent doctor, lawyer, engineer, pool cleaner, ice cream lady (true story), farmer, or even fighter pilot...that this somehow transferred to superior trading skills.

On the contrary, I have found this theory to be complete and total hogwash. In my own research, the best traders seem to be Apolitical in nature and are highly observational people with a deep curiosity of the world. They seem to have a deep level of humility and have a genuine sense of their own infallibilities. They are quick to admit to themselves when they are drifting away from the hallowed grounds of factuality and wandering towards the trap of rapidly melting opinions.

Thanks for reading. And of course, I would love to know your opinion.

## Leave a Reply

Join the discussion...

≡ 22   💬 15   🔗 6   ⚡   🔥                                          👤 23

This site uses Akismet to reduce spam. Learn how your comment data is processed.

Comment search...

✉ Subscribe ▾                                              ▲ newest  ▲ oldest  ▲ most voted

### Jim

Guest

1000% incontrovertibly agree with the scammer comments here. I'm a retail options trader and was perusing different services across the web and came across Top Gun Options. I joined TGO's Full Throttle Max open free week end of January 2020 to get a sneak peek of the framework, content offered and methodology. To say the least, Matthew promises huge, almost get rich quick and retire type conjecture and results displaying massive gains across various portfolios. He states he's the only one who has made career calls and has been right and lead to large profits. The company offers multiple types of memberships and services which is difficult to follow on the website – very convoluted and plastered with nothing but successful testimonials and consistent, alpha win rates outperforming the market (huge red flag). No information or posting on losers but I'm sure I would be denied any type of honest, accurate past performance without manipulation or hassle.

During the free open week, I actually joined the live webinars or listened to the recorded replays: The Weekly Options Live Trade Brief, Primary Live Trade Brief, Urgent Alerts, Accelerated Retirement, and daily market briefs/intel reports and a couple others which I cannot recall the exact names. The system is very time consuming (1-1.5 hrs per session) and the webinars are mainly repeated, highly polarizing political commentary on current geopolitical events and how that lends itself to his core trading, proprietary trading strategy. It falls under mainly a fundamental view of trading with little to no consideration on technical analysis or other methodologies for a well-rounded, objective but analytical perspective. He will gleam over his suggested trades in paper simulated accounts on E-trade with a $100k model portfolios but who knows the real numbers and actual entry/exit points. There is absolutely no performance tracking or monitoring with a simple, clear view of past performance – just for my own due diligence, I had to actually spend a significant amount of time going back to the recorded videos, auditing all the trades he presented and retroactively compare with how the actual ticker and trade performed in the market the day of expiry. In short – there were significant losers with max losses but you'll never hear of them unless you're actively monitoring and doing your homework. Alluding to my earlier point, his so called "career calls" of Donald Trump winning the Presidency and the market going up because of it and the mid-to-end of January 2020 sell-off generating huge profits for members. If you review his TGO videos on YouTube that last week of January into first week of February, he made his third career call of the "market implosion" in February due to Coronavirus headlines and historical volatility and essentially guaranteed an aggressive bearish stance across every type of trade and market outlook. What has actually happened since February began – the

market has been running up counter to his assertive, god-like claims and he is now calling that he was wrong, market is completely disconnected from reality and he is all out short and just had long-term shorts and longs on volatility (no clue for what timeframe). You cannot beat the Fed's REPO operations and PBOC liquidity injections. In other words, he's licking his own wounds and swallowing a bitter pill from his earlier "surefire" claims. What I presume hurts most, I'm sure many impressionable traders and current members (new and old) fed into this garbage from over the free open session, full throttle max week and may have went aggressive feeling confident in their hands. Whiz can be very persuasive and convincing and the end of January performance probably led many to blow up their accounts into February as we're closing near all-time highs two weeks in – just another lesson that nothing will replace proper risk management and capital preservation.

I've read other reviews and assessments of this trading service on other websites across the web – consensus is poor and will take your money/blow up your account. They also sell your data when you provide your contact information – I now receive daily spam, 2-3x a day, from a few trading service marketing emails. Despite unsubscribing, I am still receiving them. Buyer beware.

👍 3 👎  Reply  Edit  Moderate  Private  Stick  Close        🕒 February 15, 2020 10:29 am

### Jeff
*Guest*

Headline – Dow just logged its worst 2 day point slide in history. Why didn't you wait until March 1st before making your comment ?

👍 0 👎  Reply  Edit  Moderate        🕒 February 25, 2020 4:55 pm

### Richard Krug
*Guest*

Your disdain for President Trump is disturbing. If your going to write about options, please just stick to options and keep your own political opinions to yourself.

👍 3 👎  Reply  Edit  Moderate  Private  Stick  Close        🕒 July 6, 2017 4:25 pm

### Emmett Moore
*Author*
*Noble Member*

Ok. Sorry.

But you should read some of my Hillary 'inserts'. Good and funny roasting.

Equal disdain for all politicians.

👍 2 👎  Reply  Edit  Moderate        🕒 July 6, 2017 7:24 pm

### Vincent
*Guest*

I served briefly with Whiz as a fellow aircrew member in one squadron. He was never one who impressed me much. He always seemed to have the inside track reserved for himself. I suppose the Navy served him well and he's still capitalizing on his service.

👍 1 👎  Reply  Edit  Moderate  Private  Stick  Close        🕒 May 15, 2020 11:31 am

### Tuddy
*Guest*

I figured that Whiz must have been bashed by someone because he recently did a video explaining why he only shows simulated trades – he says it's because if he showed his actual trading account, he could be nailed by the SEC for giving trading advice and since he's not a registered financial advisor, could be in hot

water for doing so. ??? Maybe, maybe not, but it sounds like bullshit to me. Whaddya think?

👍 1 👎  Reply   Edit   Moderate   Private   Stick   Close                  © May 15, 2020 10:44 am


Guest

### Sam

Completely agree with this review. Top Gun options is a sham. 1) simulated, 2) always claiming wins, 3) the political ranting is truly repulsive and is actually the reason I finally quit the program. Was irksome listening to this cocky political irrelevant ranting on a day to day basis. Focus on trading and stay objective. Contrast an EXEMPLARY trader Scott Redler who I follow and who is humble, acknowledges the losing trades, and yet is a phenomenal, learned, disciplined trader who stays focused and inscribe. The Whiz is terrible and don't waste your money

👍 1 👎  Reply   Edit   Moderate   Private   Stick   Close                  © September 17, 2019 5:26 pm


Guest

### Tamara

Why should we believe anything put out by a self-admitted con man who has been convicted and served time for securities fraud, mail fraud, and wire fraud, to name a few? You do not even have the guts to give anyone your phone number or address on this site or anywhere else that we can find.

I know for a fact, that you are continuing your fraudulent methods by threatening to write negative reviews unless those approached by you pay "a fee". Is that not called extortion? This has been verified by multiple trading sites that refused to pay you that now have negative reviews on this site.

I have been educated by Top Gun Options and Matthew "Whiz" Buckley since Feb. 2017. In the last 3 months alone, I have more than doubled my portfolio size. Whiz is not only a very talented trader and educator, but the finest, most honorable, giving American I have ever met and worked with.

👍 1 👎  Reply   Edit   Moderate   Private   Stick   Close                  © June 19, 2019 8:24 am


Guest

### Virginia

Attending a recent webinar, I became upset because Mr. Buckley kept swearing and used Jesus Christ's name as a curse word. There was no reason for him to swear at all. In chat, I asked him why he was profaning the Lord's name and told him I was leaving the webinar because I could not tolerate his cursing in God's name. Later, I saw that he had posted the webinar on You tube and part of the title was "Whiz blasphemes." Being curious about his reaction after I left the webinar, I watched the segment which occurred after I left. He read my chat message loudly and showed my full name on the screen. He ranted and raved scolding me for respecting the Lord and stated that I would not be welcome in his "squadron" because I would be "a pain in the ass." I was amazed that he spent a good part of the rest of the webinar expressing his indignation and repeatedly saying my name sarcastically positing that I represent organized religion and my church must be pastored by a snake handler in South Carolina. He spent quite some time justifying his rage toward God in that he holds the Roman Catholic Church is disgust. Mr. Buckley could have just ignored my comment as a message from a "Christian nutcase" and gone on with the webinar. Instead, he decided to make an attempt to denigrate me and to teach his Top Gun Option members and guests all about the "dangers of religion." He could have acted professionally and simply said that he was sorry that he offended his guest and left it at that. His ego is so inflated that he was driven to "pound me into the dust," which is one of his favorite expressions. Consider me pounded and now I carry the internet official title of a "pain in the ass!" It is very sad to witness the tantrum which resulted because he did not agree with me. When one of his students mentioned that he did not need to cuss like a sailor, Mr. Buckley said something to the effect that that is who he is and he will not change. Anyone who does not like it can leave. I struck a nerve which

shows that Wiz's spiritual house is not in good condition. I admit that I kept giggling to myself for two days due to the comic nature of his very exaggerated response. However, this is a very serious matter. "There is no other name under heaven by which man may be saved" but Jesus Christ. His name is sacred. Whether you agree with me or not, please practice tolerance and do not attack me just because you have a different opinion. Obviously, this entire situation has nothing to do with trading. However, how can you trust the trade recommendations of someone who loses control so easily? Trading psychology and risk management are strong keys to success as a trader. I find both lacking here. Trading credit spreads can be great 90% of the time but it is the 10%, the losing trade, that kills your account. I have learned this hard lesson through personal experience. In my opinion, Mr. Buckley is teaching a very high risk approach to trading. The kind that blows up accounts. He demonstrates his trades using 150 contract lot size. He never figures in the commission costs to enter and exit a trade. At $1.50 per contract which is what I pay, the total commission cost to enter and exit one trade would be $900.00!

As for the webinar, it is poor marketing practice to attack a potential customer and then post it on You tube. Mr. Buckley deserves our respect for his service to our Country but his narrow viewpoint and unstable behavior does not bode well for conducting a business. I pray for him, for his soul and spiritual condition. I only wish that he would do some introspection and gain some respect for Jesus Christ and those who possess different ideas. I did not mean to judge Wiz but his cursing in Jesus name was like drawing fingernails down a chalkboard for me. Wiz needs the Lord, in his heart and his business practices.



👍 1 👎   Reply   Edit   Moderate   Private   Stick   Close      September 3, 2018 1:15 am

**Emmett Moore** (Author, Noble Member)

He is an outrageously opinioned buffoon. Of course, I am as well.

The thing that drove me nutty is that during another YouTube 'meltdown' he declared that journalists that pick on his favorite politician should be shot. That is way over the line. Coocoo town.

👍 0 👎   Reply   Edit   Moderate      September 3, 2018 4:44 pm

**Cyn** (Guest)

You say: "'There is no other name under heaven by which man may be saved' but Jesus Christ. His name is sacred.'"

If you really must pontificate about religion in a trading context, the least you can do is get his name right. He was NOT Greek. "Jesus" is a Greek name. "Christ" is a Greek title.

👍 0 👎   Reply   Edit   Moderate      September 3, 2018 11:42 pm

**Virginia** (Guest)

I do not want to listen to curses in any form of the Lord's name whether it be the Greek, Latin, Anglicized forms of Yeshua or Yehoshua or Yeshu or any other reference.

👍 0 👎   Reply   Edit   Moderate      September 4, 2018 7:53 pm

**Cyn** (Guest)

Fair enough. Just keep the Deity out of the discussion of trading. There is no overlap, no matter how hard bad traders pray for profits every time they make a stupid trade.

Proseletyze all that you want. It is your right and prerogative. Just keep it out of fora where we are not discussing your God. We talk trading here.

👍 0 👎   Reply   Edit   Moderate      September 5, 2018 3:30 pm



**Tim Hartman**

Your identity and character is suspect.

0    Reply   Edit   Moderate                    September 26, 2018 4:11 pm



**Mark**

Wow, only a month since the last open session week at Top Gun Options. They are coming faster and faster. Hopefully because fewer and fewer are making the mistake of signing up. Buckley will ride this con into the dirt, I'm sure. I wonder how that will work for those that bought 'lifetime' memberships for $12k?

So, this week, again the '110% gains' factoid, again the charts and graphs from a few years ago, again the arrogance and dismissive attitude toward clients. Good to see consistency.

Keep in mind, if any of the quoted stats, like up 48% this year, were true, Buckley would post the detailed transaction logs to demonstrate his greatness. For an example of how that is done, aim your browser at followmetrades.com.

Wow, spouting an 89% win rate. If you look at the published data from a 3 month period last year (https://www.screencast.com/t/hgVfzuPJtKUi), you'll see that this is true for his short term, front month type trades, etc. And yet, he managed to lose over $50k. The reality is not how many winning trades you do but the delta between winners and losers in real cash. When he loses, the size is nearly 10x the size of the wins.

Always enjoy his references to his 'marketing folks' (Matthew) or his 'support team' (Buckley).



1    Reply   Edit   Moderate   Private   Stick   Close           May 23, 2018 10:34 am



**Joe**

Always fun to join Buckley's open sessions. He is still trotting out the same tired graphs from well over a year ago. Those are OptionsHouse charts and he hasn't 'traded' there for nearly a year.

He has gotten much more adept at hiding results by not posting any information on portfolio performance, transactions, etc.

Still proud of his opinions and as disdainful of his clients as ever.

1    Reply   Edit   Moderate   Private   Stick   Close           April 24, 2018 5:52 am



**jerry**

I was a member and I lost a lot of money. The VXX trades mostly lose money, although he touts his winners, and when the bull put spreads go against you, it's murder. Doing bear call spreads in this market is also nuts, and they were also big losers, which did not make up for the more frequent wins. Also I do not appreciate paying $3,000 to be called nasty names. This is inexcusable. It does take talent to lose money in an extremely bullish market, and Whiz is talented in that regard. Doug's trades also, were, for the most part, losses. The one winning strategy were pre-earnings trades, and earnings which I am going to focus on; however even with those, I believe these can be significantly (risk-reward) improved upon.

1    Reply   Edit   Moderate   Private   Stick   Close           October 10, 2017 1:28 pm



Guest    Steve



Exhibit 1, Page 9 of 16



**Jerry:**

Sorry you lost a lot of money with Buckley. I am confident that there is a large contingent with the same issue.

When I was a member, I would extort members in the ready room to paper trade for 3 months before committing money to trades Buckley recommended. Finally, after deleting some of my messages from the board, he killed my access to it.

Whenever I pointed out that writing calls against long positions in a strong bull market was madness, Buckley would note that the long positions made money. If you look at the details provided in the 3 month view noted below, short term positions (call writing, bear calls, bull puts, VXX double verticals, iron condors, etc.) lost over $57,000.

Buckley was okay with that in no small measure because he paper trades. Additionally, as his total portfolio investment was $1,300,000, something like a 4% return on that would cover the losses. He did a bit better than that but under-performed the S&P by some 6+%.

When repeatedly asked for performance comparison against the S&P 500, Buckley would trot out his 110% gain slides, claim they were audited results and ultimately quit the conversation or delete my messages.

👍 0 👎    Reply    Edit    Moderate                        🕒 October 17, 2017 5:37 am



**Steve**

Guest

I could not agree less with the rating for honesty. Anyone with a no refunds policy cannot be legit. Anyone who encourages consistently losing money on short term trades because the buy and hold trades are winning is either incredibly stupid or dishonest.

It is sad that Whizzer trades on his military service, giving all that served a black eye.

He is entertaining for a short while but at $200/month, there is cheaper entertainment on Netflix for $10/month.

The one saving grace of the service is Doug, the volatility trader. You can learn a lot there, though whether you can make money has not been demonstrated.

TGO provides no historical data, transaction data, proof of winning tactics or comparison to benchmarks such as the S&P 500 Index.

So, one of TGO's clients did that to determine if there was any there, there. There isn't. You can take a look at the data: https://www.screencast.com/t/hgVfzuPJtKUi

This is a LibreOffice Calc file. The "2Q_TGO_Performance" tab gives a summary and there are tabs for each month as well.

The short story for the quarter was that TGO was down 2.1% on long term tactics and down 4.3% on short term tactics. On the $1.3 million dollars in portfolios they simulate, this amounted to an unrealized loss of over $27k and a realized loss of nearly $57k.

During the same period, the S&P 500 Index was up 2.9%, which would have been a gain for the portfolios of nearly $38k.

Whizzer is incredibly arrogant and mistreats staff and clients alike. He finally tossed the guy who did the data tracking out of the service, even offering to break his own policy of no refunds to get rid of the guy. When confronted, he boils over, then quits the conversation.

Some great quotes, on his videos for all of posterity:

"I was wrong but I was right."

"We don't do credit card with lifetime memberships because people suck."

"I can't STAND … journalists, liberals, Obama, Clinton, Zuckerberg, hypocrites, Tim Cook, limousine liberals, Well Fargo, ESPN, Disney, Eiger, liberal scientists, Warren Buffet, …"

"If you don't make the event, I will hunt you down and kill you."

5/26 OWS webinar, Carl mentioned that he had taken a couple trades and lost big time. Whizzer laughed and said, 'That happens'".

"Guys, for the last freaking time, I'll talk about SPX in a minute."

"Don't call support. If you do, you may not be a member any more."

"Any [text, email] delivery problems are on your end. Get a gmail email account."

"Two weeks of losing weekly options trades. Get over it."

"I'm trying to have the patience of Job."

👍 1  👎    Reply    Edit   Moderate   Private   Stick   Close                    🕓 August 9, 2017 5:26 am



### Alex

I like Whiz to listen to, but I would never join a service where the guy is clearly paper trading. He has some excuse why he paper trades, but it smells like rotten fish from the head down to me. Do a review of Simpler Options and John Carter. John does show a real TOS account. He is an aggressive trader by his account, but seems genuine, though you would be hard pressed to trade like he does. I listened to one of Top Gun options promotional week long open houses and some technical glitch occurred and Whiz thought he was cut off from the presentation, but he was still live on the mic. I heard about a 5 minute rant of profanities and how this was going to cost him a loss of money that he needed badly, as he yelled at staff to get back online. It was a real eye opener, like Toto opening the curtain and the Wizard flipping out…

👍 1  👎    Reply    Edit   Moderate   Private   Stick   Close                    🕓 August 2, 2017 11:21 am



### Jason

Yup – the Internet went out at his home while he was wrpping up the big sell. The mic was still recording though – so the replay caught him dropping f bombs and how the Internet had gone down and he was "f'ing broke". He's certainly the most entertaining of these nuts. BTW – John Carter and Simpler Trading in the real deal.

👍 1  👎    Reply    Edit   Moderate                                             🕓 November 22, 2017 9:49 pm



### dtchurn

I remember earlier in my trading journey when "Whiz" Buckly was first coming out with his ads for topgun options trading. I saw his patrioitic splashed site and the topgun movie styled videos where it seemed to claim trading could be successfully trained like military jet pilot maneuvers. Buckly in the videos seemed to have a nice and unpretentious demeanor to me and I dismissed it initially as some trading school group of hustlers using him and his service history as some pr marketing as the fad at the time was "monthly income" from options plays ala Preston James "master income trader", even with talking head Najarian involved with starting "monster" options to get more newbs churned with options . I didn't really think he had trading experience. Now with this review it's unfortunate it seems like he's now the driving force behind this costly prop. I've certainly seen it before where a trading host could wander off and rant about current topics which I now see as another typical smokescreen sham trick designed to halfway entertaining the dupes and keep them churning and putting off the cancellation of the monthly churn fees. (lol, of course long time readers know about ice-cream Roussos and good point about the various sham artists from various walks of life, or even a fraudulently claimed history such as Ross of WT's claim to have been an artchitect when he was just a bs of art. Now paid off by WT to archive.org to completely erase all of warrior's site cache like they never existed) In summary, it's saddening to see an otherwise esteemed veteran of the country's aerial defense end up promulgating essentially just another churning shamshow.

Exhibit 1, Page 11 of 16

👍 1  👎   💬 Reply    Edit   Moderate   Private   Stick   Close          🕒 June 8, 2017 1:50 pm

### Hoo Ru
*Guest*

Never fails ... a pencil-necked dweeb takes a cheap shot at OUR elected President claiming to advocate "apolitcal" trading!?! It is ABSOLUTELY TRUE that Mr. Buckley is a Jackass, and I've had a "run in" concerning him and MY credit card similar to the one you cite ... but SCREW YOU for taking THAT as an opportunity to take a CHICKEN SHIT CHEAP SHOT at our elected President.

👍 0  👎   💬 Reply    Edit   Moderate   Private   Stick   Close          🕒 September 2, 2020 12:50 pm

### Emmett Moore
*Author*

Tell me how you really feel! Geez.

🛡 Noble Member   👍 0  👎   Reply   Edit   Moderate          🕒 September 4, 2020 11:10 am

### max simpson
*Guest*

Have to agree with the negative reviews. Mr. Buckley is a petulant child who cannot deal with any type of negative review or criticism. I posted the following review on Trustpilot on Saturday August 22, 2020 at 3:03 PM. At the time there was only one other review (a 5 star review). Within a few hours there was suddenly 12 glowing 5 star reviews by Mr. Buckley's admirers while attempting to block my honest 1 star review. Apparently he is the only one entitled to post reviews about his own website. What are you scared of, the truth?

My review:

If you like having your opinions mocked and hearing endless tinfoil hat rants, this is the trading site for you. Rants constantly about being thrown off Facebook jail for his political views, (is currently using his wife's account), but will have no problem kicking you off his website if you don't support his views. If you're willing to invest over $2500 only to be ejected for any reason with the refusal of any refund then go for it, else look elsewhere.

👍 0  👎   💬 Reply    Edit   Moderate   Private   Stick   Close          🕒 August 23, 2020 10:54 am

### Alex
*SSFT Guest*

I kind of like listening to Whiz, because he is entertaining and he goes on political rants which can be funny, unless your politics are opposite to him, then you will definitely find him insulting. As a fellow pilot (747, 787 airline), I like he was a fighter pilot and uses that in analogy to trading. If you don't think trading is survival and a dogfight to make your portfolio dwindle, you will blow up your portfolio eventually.

Sounds great, I like him, would I pay him for his services, hell no. Spread trading will eventually kill you. There will be one trade that cancels 9 good trades. If you trade large size, you will eventually be gone. Also, I would never trust someone who paper trades. So I am going to put my money on the line, while you trade 250 contracts on paper, I don't think so.

There is a holy grail, it is called risk control, money management, and proper sizing, along with an edge, whatever yours is. Screen time, experience, discipline, and persistance is what makes you successful over time. It is pretty simple, its just not easy.

👍 0  👎   💬 Reply    Edit   Moderate   Private   Stick   Close          🕒 January 28, 2019 1:45 pm

Exhibit 1, Page 12 of 16

**Emmett Moore**

*Author*

*Noble Member*

Whiz probably isn't a nasty guy. Like most of us, the online persona is usually a crude reflection of ourselves. The thing that really rubbed me raw was the critique of the free press. The free press is truly the most awesome thing about this country.

My stepfather, he passed away nearly a year ago. Captain Frank Schulte, a longtime 747 pilot for Pan American. He even flew Air Force Two. Such an honest and kind person. Married to my mother for 38 years and he was the kindest and most wonderful person.

His politics? He would sit around the house, watch Fox News all day long. And then rotate to listening to Rush Limbaugh while playing online poker. But he was always respectful and nice to me about my liberal ways.

👍 0 👎   Reply   Edit   Moderate                                         🕐 January 29, 2019 6:07 pm

**Olio**

*Guest*

As a 'fellow' ex-USN pilot, let me just say there are so many ex-service guys out there doing their best to cash-in on prior service. Back in the 'the day' this was never a thing, but somehow it's become politically-correct for certain groups to hero-worship these guys. That's a mistake – believe me. And in Buckley's case, he spends more time on his right-wing politics than making good trades. Realize his income, like most 'trade room services' is from subscriptions. And restrictive refund policies are because of the high rate of folks who learn this and ask for a refund. Look past the professional-appearing website and demand real money results. Buyer beware.

👍 0 👎   💬 Reply   Edit   Moderate   Private   Stick   Close                🕐 October 12, 2018 4:40 pm

**Ray**

*Guest*

The Whiz's website not only NEVER displayed the "we'll RENEW your monthly $195 membership if you don't cancel the $28 two week trial" but actually charged me FOUR TIMES for the $28 two-week trial — then charged my credit card for the $195 monthly fee on the 13th calendar day of the two week trial ... which occurred on a holiday weekend so their support staff was not answering the phone ... and of course the two week trial NEVER delivered the content promised, and the support staff VEHEMENTLY DENIED my request for refund of the three extra $28 charges, not to mention the $195 monthly subscription.

Some war hero ... lacking conscience, he picks the pocket of a visually and physically impaired senior citizen and, LACKING BALLS, "trades" on a simulator ... a fact he now assiduously HIDES as a result of your previous reviews (which sadly I discovered post-pocket-pick).

Thanks for your service, Matthew...

👍 0 👎   💬 Reply   Edit   Moderate   Private   Stick   Close                🕐 January 21, 2018 11:47 pm  ∧

**Joe**

*Guest*

Sorry you had to experience that.

By the way, the support staff is Buckley, the marketing staff is Buckley, ...

👍 -1 👎   Reply   Edit   Moderate                                         🕐 April 24, 2018 5:48 am

*Guest*   **Mark**                                                                          ∧

Exhibit 1, Page 13 of 16



I like to join any open webinars Buckley provides just to see if he ever is embarrassed or apologetic about his poor performance. Like many con men, sociopaths with no capacity for remorse, he continues to talk trash without adjustment.

The latest is recommending GE to his acolytes, encouraging them to commit about $10k in 2020 calls at about an 80 Delta.

If you look at the chart, there is no indication that GE is turning around. This is a retail investor mistake in believing in the ability to forecast a bottom. While there is some change Buckley is right, there is clearly no chart support for that view.

In fact the charts would indicate further downside, something supported by the fundamentals and Flannery trying to pull together a recovery plan that will likely take over 2 years.

I do with Flannery the best, and when the charts start to indicate a turn around, I will certainly join with a bullish view.

At this point, however, that is a 'hopium' trade and Buckley should know better. Oh, wait, he has no trading experience other than as a retail trader. Never mind.

👍 0 👎   💬 Reply   Edit   Moderate   Private   Stick   Close        🕒 December 25, 2017 3:48 pm



### Mark 

With some recent experience, I also take issue with the grade for honesty. Pretty sure it should be ZERO stars.

Attended the one week open house where Buckley tries to con people into signing up. The same set of 'facts' were trotted out as mentioned above and below.

What seemed new was Buckley claiming several times that these are "audited results". When pressed for who did the audit and how I could get a copy, there was silence and then a repeat of the graphs showing the performance.

It was equally clear that Buckley uses some form of new math. As an example, he'll claim some large percentage gain in a portfolio, e.g., 80%+. What you find is that he takes the profit from a nearly $600k portfolio and divides by $100k, purportedly because $100k is the model portfolio size. What?

Sticking with the truth, that 80% would be a real 13% which isn't bad. Why lie? As my Dad used to say, figures don't lie but liars can figure.

Recently, OptionsHouse was acquired by eTrade. As eTrade does not have paper trading accounts, Buckley has been forced into a real live cash account. Rather than trading the 100-150 contracts as he did in the paper trading account, he is now trading 1 contract.

His results since the change? Down over 20%.

When asked about that? Deafening silence followed by trotting out the 2016 'results' and the "audited" results through June 2017.

No, this is likely the worst of the worst – and also the most expensive. Buckley will not honor refund requests, so if you fall for this con man, go monthly so you can escape when you regain your senses.

👍 0 👎   💬 Reply   Edit   Moderate   Private   Stick   Close        🕒 September 25, 2017 4:35 am



Joe

I checked out a recent "Full Throttle Week" as he calls it. He set up to sell a 30 contract Bull Put verticle on APPL. When he went to execute the trade he quickly changed it to only 1 contract, as if we didn't

Exhibit 1, Page 14 of 16

notice. When questioned, no response. Very shady tactics if you ask me. Three days later Apple was down 6 points and the 30 contract trade was down $3000. He just blew it off and said things happen. On that same day he made a Jan 19 trade on Facebook. A few days later he goes into a rant how he can never invest a penny or trust Mark Zuckenberg. Do people really take this guy seriously?

👍 1 👎   Reply   Edit   Moderate                                         October 1, 2017 9:12 am

**Steve**

Good eyes.

Recently, Options House was acquired by eTrade. One thing that disappeared was the ability to paper trade.

So, suddenly Buckley had to fund and trade a cash account. Being a smart guy, he doesn't follow his own advice and only trades 1 contract for every recommended trade.

Since that crossover, his accounts are all negative. When asked about that? Deafening silence.

Buckley can be entertaining, particularly if you enjoy a fact free environment. Worth the price of admission? Hardly.

👍 3 👎   Reply   Edit   Moderate                                         October 17, 2017 5:41 am

**bob**

I was in the room also when this happened.

👍 0 👎   Reply   Edit   Moderate                                         January 12, 2018 10:42 am

**john**

I JUST WATCH MATTHEW'S AUGUST 8 2017 WEBINAR TELLING US GUAM IS A POSSIBLE TARGET FOR NORTH KOREAS NUKE ICBMS.
HE RECOMENDED WE BUY A 30 DAY OPTIONS VXX PUT SPREAD.
AND BUY ANOTHER CALL SPREAD. 150 OPTIONS CONTRACTS WILL COST ALMOST $5,000 AND COULD BE WORTH $10,000 IF THE VIX VOLITILITY INCREASES DUE NORTH KOREA.

👍 0 👎   Reply   Edit   Moderate   Private   Stick   Close             August 8, 2017 4:28 pm

**Mark**

Looks like more people are discovering there isn't anything behind the Top Gun Options shtick.

The latest development is that Doug Robertson no longer works for TGO. As Doug commented later, he didn't know he was fired until one of his friends told him. Really too bad as Doug at least had some trading experience.

So, let's recap:

1. Honesty/Integrity: -2 star given the ridiculous claims of 110% gains; discovery that the math behind that is to take the gains on a $500k portfolio and divide by $100k; claims that his results are audited but cannot provide proof: I suspect that those foolish enough to pay $10-12k for a lifetime membership aren't getting a refund for Doug's half of the program any more than the annual member may be.

2. Quality: -1 star with Doug gone, there can be no quality education. Buckley doesn't have the knowledge or experience and is truly a terrible instructor.

3. Cost: -3 star as there are no other programs that reach this level of cost.

Exhibit 1, Page 15 of 16

4. Support: -4 star. If you look into the 'ready room' you'll find complaints to support on the same topics going back years with no action.

5. Verified Trades: -5 star as the only verified trades provided is some work done over a 3 month period by a member who was later kicked out of the program for exposing the emperor's new clothes.

6. User Experience: -4 star as many have noted Buckley's arrogance, petty name calling and belittling of his clients.

I think it important to see the absolute worst in the space where charlatans reign and buyers must be ever vigilant.

👍 -1 👎     💬 Reply     Edit   Moderate   Private   Stick   Close            🕒 October 15, 2017 11:59 am

Trading Schools.Org Copyright © 2020.

Exhibit 1, Page 16 of 16