# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No.: 0:20-cv-61023-RAR-Ruiz

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,
     Plaintiffs,

v.

EMMETT MOORE and
TRADINGSCHOOLS.ORG,
     Defendants.

_____/

### DECLARATION OF SUSANNE ARANI

1.      I, Susanne Arani, declare, pursuant to 28 U.S.C. Section 1746 and under penalty of perjury, that the following is true and correct:

2.      I am one of the attorneys acting as counsel for Defendants Emmett Moore and tradingschools.org ("Defendants") in the above-captioned matter, and I have been admitted to this Court *pro hac vice*.

3.      I am submitting this declaration in support of Defendants' Reply Brief In Support of their Motion to Dismiss, pursuant to Rule 12(b)(6).

4.      Attached hereto as **Exhibit 1** is a true and correct copy of an email sent from me as defense counsel to counsel for Plaintiffs, Ms. Debi Gheorge-Alten, dated March 9, 2020.

5.      On or about December 8, 2020, I identified what is attached hereto as **Exhibit 1** in Defendants' initial Rule 26 disclosure as an email sent from Defense counsel to Plaintiffs' counsel, dated March 9, 2020.

6.      On or about December 11, 2020, I again identified what is attached hereto as **Exhibit 1** in Defendants' (Amended) Rule 26 disclosure as an email sent from counsel for Defendants to

Plaintiffs' counsel, dated March 9, 2020, and that this second disclosure was made hours before Plaintiffs filed their opposition to Defendants' motion to dismiss the second amended complaint. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed December 18, 2020, at Vista, California.

| Susanne Arani, Esq. | /s/Susanne Arani |
|---|---|
| | (Signature) |