Exhibit 1

# Gmail

Susanne Arani <susarani@gmail.com>

## Edward Buckley / TradingSchools.org

5 messages

---

**Sus A** <susarani@gmail.com>  
To: daltenlaw@att.net

Mon, Mar 9, 2020 at 10:34 AM

Dear Ms. Gheorge-Alten:

Please be advised that I represent Mr. Emmett Moore for purposes of your cease and desist letter, dated February 26th of this year. I've reviewed your correspondence regarding the June 8th, 2017 article titled "Top Gun Options: A Paper Tiger?" In your letter, you state that my client has defamed Mr. Buckley in that article and also allege harassment. I'm unclear on how an allegation against Mr. Moore can be made for harassment, however, as to defamation, you fail to include any statement whatsoever that is allegedly defamatory. Could you please meet and confer with me regarding any defamatory statement(s) you see actionable in the June 8th, 2017 article? It will help me address the issue raised in your letter.

Thank you in advance.

Sincerely,

Susanne

**Susanne Arani, Esq.** | Civil Rights and First Amendment Attorney

**1028 Rosario Lane**

**Vista, California  92084**

(760) 331-8426

www.aranilaw.com

*Disclaimer: This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice.*

---

**Sus A** <susarani@gmail.com>  
To: Emmett Moore <moore.emmett@gmail.com>

Mon, Mar 9, 2020 at 10:35 AM

**Susanne Arani, Esq.** | Civil Rights and First Amendment Attorney

**1028 Rosario Lane**

**Vista, California  92084**

(760) 331-8426

www.aranilaw.com

*Disclaimer: This email may contain confidential and privileged material, including attachments, for the sole use of the intended recipient(s) named above. Please do not review, use, copy, forward, or in any way distribute or disclose the contents of this e-mail including any attachments unless you are the intended recipient(s) named above. If you are not the intended recipient, or authorized to receive this message for the recipient, please contact the sender by reply email and delete all copies of this message. This email does not by itself establish an attorney-client relationship, and may not constitute legal advice.*