**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61023-RAR**

**MATTHEW BUCKLEY**, *et al.*,

    Plaintiffs,

v.

**EMMETT MOORE**, *et al.,*

    Defendants.

_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Glenn J. Waldman, Esq. on **April 15, 2021 at 11:00 A.M.** via videoconference. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of January, 2021.

                                            **RODOLFO A. RUIZ II**
                                            **UNITED STATES DISTRICT JUDGE**