UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-61023-RAR

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,

    Plaintiffs,

v.

EMMETT MOORE and
TRADINGSCHOOLS.ORG,

    Defendants.

**PLAINTIFFS' EMERGENCY MOTION
FOR STATUS CONFERENCE**

Plaintiffs MATTHEW BUCKLEY ("Buckley") and TOP GUN OPTIONS, LLC ("Top Gun" and together with Buckley "Plaintiffs"), by and through undersigned counsel, hereby file their Emergency Motion for Status Conference and hereby move the Court to schedule a status conference within the next seven days, stating as follows:

1.    Defendants have engaged in unprofessional conduct, including threatening to file motions for sanctions, filing frivolous motions, and serving discovery unrelated to the claims at issue, solely for the purpose of embarrassment and harassment.

2.    Defendants sent their latest communication regarding such matters late in the evening on May 13, 2021, hours after Plaintiffs responded to Defendants' frivolous Motion for Bond Hearing [DE 73]. Counsel for the Defendants, Susanne Arani, then stated in writing her intent to file a motion seeking the Court's intervention with the attorney-client relationship between Plaintiffs and their counsel, Mudd Law. Attorney Arani's motion is without merit, and therein makes baseless, inflammatory claims against lead counsel, Mudd Law and makes

1

309745092.1

disparaging, unfounded insinuations about Buckley's mental health and personal life that are wholly irrelevant to the matter at hand.

3.  Attorney Arani communicated with Plaintiff's counsel, purportedly seeking to meet and confer to file her motion for intervention under seal. The draft motion to seal itself contains disparaging information and unfounded accusations against Plaintiffs and Mudd Law, specifically lead counsel, Charles Lee Mudd, Jr.

4.  In the face of the onslaught of frivolous filings from Defendants and in an attempt to avoid unnecessary litigation and an abuse of court resources, Plaintiffs respectfully request an emergency status conference to take place within the next seven days. Additionally, Plaintiffs respectfully request that the Court schedule the conference in advance of any hearing on pending motions. Counsel will make themselves available at the Court's convenience.

Dated: May 14, 2021

Respectfully submitted,

*/s/ Elisa D'Amico*
Elisa J. D'Amico, Esq.
Florida Bar No. 76936
elisa.damico@klgates.com
Mallory Cooney, FL Bar No. 0125659
mallory.cooney@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Tel.: 305-539-3300
Facsimile: 305-358-7095

*/s/ Katherine L. Sunstrom*
Charles Lee Mudd, Jr., Esq.
Graham Deurance
Katherine L. Sunstrom
*Pro Hac Vice*
clm@muddlaw.com
katie@muddlaw.com
graham@muddlaw.com
**MUDD LAW**

2

411 S. Sangamon Street, Suite 1B
Chicago, Illinois 60607
Telephone: 312-964-5051

*Counsel for Plaintiffs Matthew Buckley
And Top Gun Options, LLC*

## CERTIFICATE OF GOOD FAITH CONFERRAL

Undersigned counsel hereby certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and states that they have been unable to reach a resolution.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(d)

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions.

*/s/ Katherine L. Sunstrom*
Katherine L. Sunstrom

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 14, 2020, a true and complete copy of the foregoing was electronically filed via CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/Elisa D'Amico*
Elisa J. D'Amico

3

309745092.1