UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-61023-RAR-Ruiz

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,
    Plaintiffs,

v.

EMMETT MOORE and
TRADINGSCHOOLS.ORG,
    Defendants.
_____/

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR STATUS CONFERENCE**

Defendants Emmett Moore and Tradingschools.org ("Defendants"), by and through their counsel of record submit the following opposition to Plaintiffs' Emergency Motion for a Status Conference. ("Plaintiffs' Motion")

The genesis of Plaintiffs' Motion is due to the fact that Susanne Arani, Esq., counsel for Defendants submitted a proposed draft of a motion that seeks to file a subsequent motion under seal. Plaintiffs and Defendants are currently meeting and conferring on the language, objected to by Plaintiffs, and the motion to file under seal will not occur unless and until there is an impasse between the parties on its contents.

Regardless, the proposed draft motion under seal seeks court intervention in to the following 1) the relationship between the Mudd Law Office and Plaintiff Mr. Buckley for potential abuse of process, and 2) a similar inquiry into the Mudd Law Offices handling of key witnesses in this case that may or may not arise to "witness tampering." Again, no motion to file under seal will take place, given Plaintiffs' concerns regarding the language in the draft that was sent to them.

Counsel for Plaintiffs have stated they will depose Ms. Susanne Arani, Esq. (counsel for Defendants) by way of email on or about May 13, 2021, prior to the service of the draft motion for

1

seal. This, in almost any regard, would be improper, privileged and a form of harassment due to Defendants filing their Bond Motion. More so, this threat of deposition against defense counsel occurred after Defendants amended their Rule 26 disclosure to include two arresting officers who have recently arrested Plaintiff Mr. Buckley on serious charge.

Plaintiffs have sought sanctions, without any authority that can be discerned in their opposition to Defendants' Bond Motion, filed on or about April 25, 2021 in this case. It seems as though they seek sanctions against counsel for defendants for publishing either 1) previously filed transcripts in the public realm, 2) Plaintiffs' online statements on social media, and/or 3) transcript testimony from open court. Defendants will address these arguments in its reply brief, but states here, no impropriety has taken place.

Plaintiffs' Motion alleges that Defendants have served irrelevant discovery. Prior to or at any hearing, Defendants will submit a declaration that at no time have Plaintiffs met and conferred with counsel about any discovery that is allegedly not relevant. If they had, counsel would immediately respond in kind, as the parties have been doing throughout the discovery process.

Plaintiffs' Motion states the Bond Motion currently on file is frivolous. For the reasons set forth in Defendants' Bond Motion and anticipated reply, Defendants assert that its motion is far from frivolous, and looks forward to the ruling in the near future.

Defendants have never filed a motion for sanctions against Plaintiffs, unlike Plaintiffs' counsel. Counsel did serve a Rule 11 motion based on statements made in the complaint that the Defense had proof were not true. Presumably realizing their error, it was Plaintiffs' counsel who agreed to amend their complaint to remove the disputed statements.

For these reasons, Defendants object to the characterizations in Plaintiffs' Motion, and do not see the need at this time to consume this Court's resources with Plaintiffs' imaginary claims

and future claims against Defendant or their counsel, prior to even a motion to file under seal being submitted to this Court.

| | |
|---|---|
| Dated:  May 15, 2021 | __/s/ Susanne Arani_____<br>Susanne Arani, Esq.<br>*Admitted Pro Hac Vice*<br>California Bar No.:  238891<br>Arani Law<br>1028 Rosario Lane<br>Vista, California  92084<br>Tel.: (760) 331-8426<br>Email: susarani@gmail.com<br><br>*Attorneys for Defendants Emmett Moore and Tradingschools.org*<br><br>_/s/Matthew Fornaro_____<br>Matthew Fornaro, Esq.<br>Matthew Fornaro, P.A.<br>Florida Bar No.:  0650641<br>mfornaro@fornarolegal.com<br>11555 Heron Bay Blvd., Ste. 200<br>Coral Springs, FL 33076<br>Tel.: (924) 324-3651 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2021, I served Plaintiffs' counsel of record on the below service list by electronic mail or e-mail service the document described as Defendants Opposition to Plaintiffs' Motion for an Emergency Order.

Service List

Graham Deurance graham@muddlaw.com
Katherine Sunstrom ksunstrom@muddlawoffices.com
Charles Mudd clm@muddlaw.com
Mallory Cooney Mallory.cooney@klgates.com
Elisa D'Amico elisa.damico@klgates.com

By: _/s/Matthew Fornaro___
Matthew Fornaro