UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:20-cv-61023-RUIZ/STRAUSS

MATTHEW BUCKLEY and
TOP GUN OPTIONS, LLC,
    Plaintiffs,

v.

EMMETT MOORE and
TRADINGSCHOOLS.ORG,
    Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWAL OF ITS MOTION FOR BOND AND REQUEST FOR AN EVIDENTIARY HEARING PURSUANT TO FLORIDA STATUTE SECTION 501.211(3)**

TO THE COURT, THE HONORABLE JARED M. STRAUSS, THE PARTIES AND THEIR ATTORNEYS OF RECORD:  Please take notice that Defendants Emmett Moore and Tradingschools.org are withdrawing their previously filed Motion for Bond and Request for Evidentiary Hearing Pursuant to Florida Statute Section 501.211(3) ("Bond Motion"), filed on April 29, 2021, as D.E. 73.  Defendants reserve the right to refile their Bond Motion at a later date and will meet and confer with Plaintiffs prior to said filing.  Counsel for Defendants notified Plaintiffs' counsel in writing on May 17, 2021 of their withdrawal of the Bond Motion.

    Because said Bond Motion is effectively withdrawn, Defendants consider Plaintiffs' Motion to Strike and for Sanctions [D.E. 74] moot.  To the extent Defendants are in error or Plaintiffs do not withdraw their motion to strike, Defendants will submit a response within fourteen (14) days of the filing of Plaintiffs' Motion to Strike and for sanctions, or on or about May 27, 2021.

Dated:  May 18, 2021                                Respectfully Submitted,

   **/s/Susanne  Arani**

Susanne Arani, Esq.
Arani Law
*Admitted Pro Hac Vice*
California Bar No. 238891
susarani@gmail.com
1028 Rosario Lane
Vista, California  92084
Tel.: (760) 331-8426

   **/s/ Matthew Fornaro**

Matthew Fornaro, Esq.
Matthew Fornaro, P.A.
Florida Bar No.:  0650641
mfornaro@fornarolegal.com
11555 Heron Bay Blvd., Ste. 200
Coral Springs, FL 33076
Tel.: (924) 324-3651

*Attorneys for Defendants Emmett Moore & Tradingschools.org*