UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61023-RAR

**EDWARD MATTHEW BUCKLEY**, *et al.*,

    Plaintiffs,

v.

**EMMETT MOORE**, *et al.,*

    Defendants.

_____/

### ORDER DENYING MOTION TO REOPEN
### AND REFERRAL FOR SETTLEMENT CONFERENCE

**THIS MATTER** comes before the Court upon Defendants'/Counterclaim-Plaintiffs' Motion to Remove Administrative Closing of this Case [ECF No. 108] ("Motion"). On September 3, 2021, the parties participated in a successful settlement conference. [ECF No. 106]. On that day, Magistrate Judge Jared M. Strauss entered a report representing that the parties had come to a resolution of their outstanding claims. *Id.* As such, the Court entered an Order Administratively Closing the Case. [ECF No. 107].

Given that the parties settled this matter via the <u>extensive</u> efforts of Magistrate Judge Strauss, the Court will not entertain a motion to administratively reopen this matter until the parties re-appear in front of Magistrate Judge Strauss to determine if there is a potential violation of the settlement agreement reached in principle on September 3, 2021.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Motion [ECF No. 107] is **DENIED** *without prejudice* and this matter is **REFERRED** for purposes of a renewed settlement conference before Magistrate Judge Strauss as follows:

1. Counsel shall confer and contact Magistrate Judge Strauss's Chambers **within five (5) days** of this Order to schedule the settlement conference. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged.

2. Counsel shall promptly notify the Court of the outcome of this proceeding by filing a notice within **three (3) days** of the conference.

Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to the dismissal of this action or entry of default.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of September, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**